■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MORABITO, Appellant. [677 NYS2d 511] —Appeal by the defendant from a judgment of the County Court, Westchester County (Leavitt, J.), rendered August 7, 1995, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his plea without conducting a hearing (*see,* CPL 220.60 [3]; *People v Frederick,* 45 NY2d 520; *People v Andrews,* 207 AD2d 406). In addition, the defendant's waiver of his right to appeal forecloses review of his claim that the sentence imposed was excessive (*see, People v Allen,* 82 NY2d 761; *People v McKnight,* 245 AD2d 390). Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.